SEYFARTH SHAW LLP
Eric Suits (SBN # 232762)
esuits@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 498-7032
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Pamela Q. Devata (*pro hac vice* forthcoming)
John W. Drury (*pro hac vice* forthcoming)
pdevata@seyfarth.com
jdrury@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendant
EMPLOYERS CHOICE ONLINE, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOHN DOE, as an individual,<br><br>　　　　　　Plaintiff,<br>　vs.<br>EMPLOYERS CHOICE ONLINE, INC.; LAMPS PLUS, INC.; AND DOES 1-10 INCLUSIVE<br><br>　　　　　　Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT EMPLOYERS CHOICE ONLINE, INC. WITH THE CONSENT OF LAMPS PLUS, INC.**<br><br>[28 U.S.C. §§ 1331, 1441 & 1446]<br><br>Trial Date: Not Set<br>Complaint Filed: November 20, 2020<br><br>Removal from Superior Court of California, County of Los Angeles; Case No.: 20STCV44588 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF JOHN DOE AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Employers Choice Online ("ECO"), with the consent of Defendant Lamps Plus, Inc. ("Lamps Plus") (collectively, "Defendants"), hereby removes the above-entitled action, Case No. 20STCV44588, from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

This Removal is based on 28 U.S.C. §§ 1331, 1441(a) and 1446. This Notice is based upon the original jurisdiction of this Court over the parties under 28 U.S.C. § 1331 and the existence of a federal question herein. In support of their Notice of Removal, ECO states as follows:

## **PLEADINGS, PROCESSES, AND ORDERS**

1. On November 20, 2020, Plaintiff John Doe ("Plaintiff") filed a Complaint against Defendants in the Superior Court of California, County of Los Angeles, entitled *John Doe v. Employers Choice Online; Lamps Plus, Inc.; and Does 1-10*, Case No. 20STCV44588.

2. Plaintiff's Complaint purports to allege five causes of action for: (1) Violation of 15 U.S.C. § 1681e(b) of the federal Fair Credit Reporting Act ("FCRA") and Cal. Civ. Code § 1786.20(b) against ECO; (2) Violation of 15 U.S.C. § 1681k(a)(2) of the FCRA and Cal. Civ. Code § 1786.28(b) ; (3) Violation of Cal. Business and Prof. Code § 17203 against ECO; (4) Violation of Cal. Gov. Code § 12952 against Lamps Plus; and (5) Violation of Cal. Labor Code § 432.7 against Lamps Plus.

3. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, notices, and orders served upon Defendants in this action are attached as **Exhibit A** and all process, pleadings, notices, and orders served upon Defendants.

4. Prior to filing this Notice of Removal, Defendants filed their respective answers to the Complaint on December 30, 2020 in the Superior Court of the State of California, County of Los Angeles. Copies of the Defendants' answers are attached as **Exhibit B**.

## TIMELINESS OF REMOVAL

5. On November 30, 2020, Plaintiff purported to serve ECO with a copy of the Complaint.

6. This Notice of Removal is timely as it is being filed within thirty (30) days after service of the Summons and Complaint. 28 U.S.C. § 1446(b); Fed. Rule Civ. Proc. 6(a)(1)(C); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-56 (1999) (30-day deadline to remove commences upon service of the summons and complaint).

## UNANIMITY OF DEFENDANTS FOR REMOVAL

7. Lamps Plus has consented to the removal of this action to this Court. A true and correct copy of Lamps Plus' Notice of Consent is attached as **Exhibit C**.

8. Defendants are informed and believe that none of the Doe Defendants in this case have been identified or served. Doe Defendants designated 1 through 10 are fictitious, are not parties to this action, have not been served and are to be disregarded for the purpose of this removal. 28 U.S.C. § 1441(a). For this reason, the Doe Defendants need not join in this removal. *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (general rule that all defendants must join in removal applies only to defendants served in the action); *Republic Western Ins. V. Int'l Ins.*, 765 F. Supp. 628, 629 (N.D. Cal. 1991) ("The law of this circuit [] is that defendants upon whom service has not been effected at the time the notice is filed, need not join in the notice of removal.").

## BASIS FOR REMOVAL

## FEDERAL QUESTION JURISDICTION

9. 28 U.S.C. § 1331 provides that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

10. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action based on federal question jurisdiction in that Plaintiff's Complaint asserts multiple claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*., a federal statute.

11. Specifically, Plaintiff asserts claims under Sections 1681e(b) and 1681k(a)(2) of the FCRA, 15 U.S.C. § 1681e(b); 15 U.S.C. § 1681k(a)(2). (**Exhibit A**, Complaint at ¶¶ 18-27.)

NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT EMPLOYERS CHOICE ONLINE, INC. WITH THE CONSENT OF LAMPS PLUS, INC.

.

Accordingly, this action presents a federal question over which this Court has original jurisdiction under 28 U.S.C. § 1331, and removal of Plaintiff's Complaint is proper.

## SUPPLEMENTAL JURISDICTION

12. When a district court has original jurisdiction over a civil action pursuant to 28 U.S.C. § 1331, the district court can also exercise concurrent jurisdiction of the state law claims included in said action that "form part of the same case or controversy" as the federal law claims. 28 U.S.C. § 1367(a). This language has been interpreted to allow the district courts to assert jurisdiction over state law claims that derive "from a common nucleus of operative fact." *Crorama, Inc. v. Dominguez*, No. 19-cv-676, 2020 WL 4919735, at *2 (C.D. Cal. July 6, 2020).

13. In the instant action, the gravamen of the Complaint is that Defendants violated background screening requirements of the FCRA and California law in connection with Plaintiff's application for employment with Lamps Plus. Each of Plaintiff's claims arise from Plaintiff's application for employment with Lamps Plus, Lamps Plus' request that ECO prepare a consumer report regarding Plaintiff, ECO's preparation of a consumer report regarding Plaintiff, and ECO's use of the consumer report. Thus, all of the claims derive from a common nucleus of operative fact. This enables the Court to assert jurisdiction over all of the claims in the Complaint.

14. Because the Court has jurisdiction over both the federal law and state law claims in Plaintiff's Complaint, the entire case can be properly removed to federal court. 28 U.S.C. § 1441(c).

## VENUE

15. Venue lies in the U.S. District Court for the Central District of California pursuant to 28 U.S.C. §§ 84(c), 1391, 1441(a) and 1446(a). This action was originally brought in the Superior Court of the State of California, County of Los Angeles and thus should be removed to the Western Division of this Court.

## SERVICE OF NOTICE OF REMOVAL ON STATE COURT

16. A true and correct copy of this Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California in and for the County of Los

---

NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT EMPLOYERS CHOICE ONLINE, INC. WITH THE CONSENT OF LAMPS PLUS, INC.

.

Angeles as required under 28 U.S.C. § 1446(d).

## **RESERVATION OF RIGHTS**

17. By filing this Notice of Removal, ECO does not concede nor waive any defense or motion relating to this action. ECO reserves all defenses.

WHEREFORE, ECO prays that this civil action be removed from the Superior Court of California, County of Los Angeles to the United States District Court for the Central District of California, Western Division.

DATED: December 30, 2020   Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Eric Suits*
    Eric Suits
Attorneys for Defendant
EMPLOYERS CHOICE ONLINE, INC.

---

NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT EMPLOYERS CHOICE ONLINE, INC. WITH THE CONSENT OF LAMPS PLUS, INC.

.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On December 30, 2020, I caused to be served the within document(s):

**1.** NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT EMPLOYERS CHOICE ONLINE, INC. WITH THE CONSENT OF LAMPS PLUS, INC.

2. CIVIL CASE COVER SHEET

☒ by having the document(s) listed above placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Ste. 2350, Sacramento, California, addressed as set forth below.

☐ by causing personal delivery, through Nationwide Legal LLC, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope or package provided by FedEx with postage paid on account and deposited for collection with FedEx at Sacramento, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

DHF LAW, PC                                                     *Attorneys for Plaintiff*
Devin Fok
devin@devinfoklaw.com
16 N. Marengto Ave., Suite 403
Pasadena, CA 91101
Telephone:    (888) 651-6411
Facsimile:     (888) 484-2023

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 30, 2020, at Sacramento, California.

Shelley D. Gordon

NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT EMPLOYERS CHOICE ONLINE, INC. WITH THE CONSENT OF LAMPS PLUS, INC.

.